No. 14–0145/NA. U.S. v. Brandon Everson. CCA 201300111. Appellant's motion for leave to file the supplement to the petition for grant of review is granted.

No. 14–0158/AF. U.S. v. Candice N. Cimball Sharpton. CCA 38027. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 25, 2013.

Tuesday, November 12, 2013

No. 14–0010/AF. U.S. v. Rafael Verdejo–Ruiz. CCA 37957. On consideration of Appellant's motion to attach documents and Appellee's motion to dismiss the petition for grant of review without prejudice and motion to treat Appellant's motion to vacate before the United States Air Force Court of Criminal Appeals as a motion for reconsideration, it is ordered that Appellee's motion to dismiss the petition for grant of review without prejudice and motion to treat Appellant's motion to vacate before the United States Air Force Court of Criminal Appeals as a motion for reconsideration are hereby granted, and Appellant's motion to attach documents is hereby denied as moot.

Wednesday, November 13, 2013

No. 14–0036/AF. U.S. v. Nicholas M. Garrison. CCA 38093. Review granted on the following issue:

WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.